IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JEREMY RAY, )
)
      Petitioner, )
vs. ) CIVIL ACTION NO. 608-044
)
FRED BURNETTE, Warden, )
)
      Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The clerk shall enter the appropriate judgment in favor of the respondent and close this case.

**SO ORDERED** this 6th day of October, 2008.

                                        B. Avant Edenfield
                                        Judge, United States District Court
                                        Southern District of Georgia